MILPRINT, INC., Appellant, vs. BACH SALES COMPANY, Defendant: LUANE KAY PRODUCTS CORPORATION, Garnishee, Respondent.

*February 7—March 8, 1955.*

For the appellant there was a brief and oral argument by *George T. Stine* of Menasha.

For the respondent the cause was submitted on the brief of *Morris & Vanden Heuvel* of De Pere.

BROWN, J.  This action presents the identical problems of *Peterson Cutting Die Co. v. Bach Sales Co.*, ante, p. 113, 68 N. W. (2d) 804, the only difference being that there is a different creditor. This action is ruled in all respects by the decision in that case.

*By the Court.*—Judgment affirmed.